1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**GARY M. FULLER**
Nevada Bar No. 000125
**GUILD, RUSSELL, GALLAGHER**                    **E-FILED ON**
**& FULLER, LTD.**                                           **8/20/2009**
100 W. Liberty, Suite 800
P.O. Box 2838
Reno, Nevada 89505
attorneysecf@grgflaw.com
775-786-2366
Attorney for Great Basin Federal Credit Union

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:                                    )
                                          )    Case No.: 09-52619-gwz
HOLLY ODLE,                               )    Chapter 7
                                          )
                                          )    Date:
            Debtor.                       )    Time:
                                          )    Courtroom:
_____ )

### REQUEST FOR SPECIAL NOTICE

         Through its undersigned counsel, Great Basin Federal Credit Union hereby requests

notice of all matters for which notice is required under Rule 2002, including but not limited

to, copies of any orders allowing the filing of Proofs of Claim, disclosure statements or

amendments thereto and discharge orders.  All such notices should be directed as follows:

                    **Gary M. Fuller, Esq.**
                    **Guild, Russell, Gallagher & Fuller, Ltd.**
                    **100 W. Liberty, Suite 800**
                    **P.O. Box 2838**
                    **Reno, Nevada 89505**
                    **Email: attorneysecf@grgflaw.com**

         DATED this 20th day of August, 2009.

                                        **GUILD, RUSSELL, GALLAGHER**
                                        **& FULLER, LTD.**


                                        /S/ GARY M. FULLER
                                        **GARY M FULLER, ESQ.**

GUILD, RUSSELL
GALLAGHER & FULLER
LIMITED
ATTORNEYS AT LAW
100 W. Liberty Street
Suite 800
P.O. Box 2838
Reno, Nevada 89505
(775) 786-2366

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of August, 2009 the following individuals received

an electronic notice and a true and correct copy of the **REQUEST FOR SPECIAL NOTICE**

via the U.S. Bankruptcy Court ECF Filing System:

Kevin A. Darby, Esq.
kevin@darbylawpractice.com

U.S. Trustee-RN -7
USTPRegion17.RE.ECF@usdoj.gov

Keith J. Tierney, Trustee
Keith_Tierney@7trustee.net

DATED this 20th day of August, 2009.


　　　　　　　　　　　　　　/S/ BRIANNA THOMPSON
　　　　　　　　　　　　　**BRIANNA THOMPSON**

GUILD, RUSSELL
GALLAGHER & FULLER
LIMITED
ATTORNEYS AT LAW
100 W. Liberty Street
Suite 800
P.O. Box 2838
Reno, Nevada 89505
(775) 786-2366